IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CORTNEY R. MARCUM, | * | |
| Plaintiff, | * | |
| v. | * | CV 415-234 |
| CITY OF RINCON, GEORGIA, | * | |
| Defendant. | * | |

# O R D E R

After the Court granted her unopposed motion to amend, Plaintiff filed an amended complaint on April 20, 2016. (Docs. 18, 19.) Consequently, Plaintiff's original complaint has been superseded, and Defendant's motion to dismiss certain portions of that complaint is now moot. See Malowney v. Fed. Collection Deposit Grp., 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) ("An amended complaint supersedes an original complaint."); Geathers v. Bank of Am., N.A., No. 1:14-cv-00850, 2015 WL 348852, at *2 (N.D. Ga. Jan. 26, 2015) ("[T]he amended complaint renders moot the motion to dismiss the original complaint because the motion seeks to dismiss a pleading that has been superseded."). Accordingly, the Court **DENIES AS MOOT** Defendant's motion to dismiss (Doc. 6).

**ORDER ENTERED** at Augusta, Georgia, this 15th day of June, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA